# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| LINDA GUERRERO, | CASE NO. 16cv1229-WQH-NLS |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

HAYES, Judge:

On May 23, 2016, Plaintiff initiated this action by filing a Complaint (ECF No. 1) and a motion to proceed in forma pauperis (ECF No. 3).

All parties instituting a civil action, suit, or proceeding in a district court of the United States, other than a petition for writ of habeas corpus, must pay a filing fee of $400.00. See 28 U.S.C. § 1914(a); S.D. Cal. Civ. L.R. 4.5. An action may proceed despite a party's failure to pay only if the party is granted leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). "To proceed in forma pauperis is a privilege not a right." *Smart v. Heinze*, 347 F.2d 114, 116 (9th Cir. 1965).

In an affidavit, Plaintiff states that as of May 2016 she is unemployed. (ECF No. 3 at 2). Plaintiff states that she is receiving $532 bi-weekly from Worker's Compensation. *Id*. Plaintiff states that she has $5.00 in bank account. *Id*. Plaintiff states that her rent and utilities are $650. *Id*. at 3. Plaintiff states that she owns no real estate or other property of value. *Id*. After considering Plaintiff's motion and affidavit,

1  the Court determines that Plaintiff cannot afford to pay the filing fee in this case and is
2  eligible to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).
3      IT IS HEREBY ORDERED that Plaintiff's motion to proceed in forma pauperis
4  is GRANTED.  (ECF No. 3)
5      IT IS FURTHER ORDERED that all matters arising in this social security case
6  are referred to the Honorable Nita L. Stormes, United States Magistrate Judge, pursuant
7  to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(c).
8  DATED:  May 27, 2016

*William Q. Hayes* (signature)

**WILLIAM Q. HAYES**
United States District Judge